UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 21-906 JGB (SPx)** | Date | September 6, 2022 |
| Title | *The Estate of Wuxi Chenhwat Almatech Co. v. Prestige Autotech Corp., et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present    None Present

**Proceedings:**   Order to Show Cause for Failure to Prosecute (IN CHAMBERS)

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed R. Civ. P. 12(a)(1).

In the present case, Plaintiff The Estate of Wuxi Chenhwat Almatech Co. ("Plaintiff") served the summons and the complaint on one more Defendants, but such Defendant(s) did not file an answer or otherwise respond to the complaint. On September 15, 2021, Plaintiff requested the entry of default with respect to the applicable Defendant(s). (Dkt. No. 16.) On September 15, 2021, the Clerk entered default. (Dkt. No. 16.) Fed. R. Civ. Proc. 55(a).

The defaulted Defendant(s) have not moved to set aside the default or otherwise responded in this action. However, Plaintiff has not moved for entry of default judgment. Accordingly, the Court, on its own motion, hereby orders Plaintiff to show cause in writing on or before **Tuesday, September 20, 2022**, why this action should not be dismissed, with respect to each defaulted Defendant. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds this matter appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of a motion for default judgment with respect to the applicable Defendant(s) on or before the date the deadline set forth above.

**IT IS SO ORDERED.**