# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

THE ESTATE OF WUXI CHENHWAT ALMATECH CO.

　　　　　Plaintiffs,

vs.

Prestige Autotech Corporation, et al.,

　　　　　Defendant.

Case 5:21-cv-906-JGB-SP

*Honorable Jesus G. Bernal*

**JUDGMENT**

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of Plaintiffs' Motion for Default Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Default Judgment is **GRANTED**.
2. Final judgment be **ENTERED** in favor of Plaintiff against Defendant.
3. Defendant is **ORDERED** to pay damages in the amount of $34,804,835.07.
4. Plaintiff is **ORDERED** to mail a copy of this order and the judgment concurrently filed therewith to Defendants.  Plaintiff shall file a proof of service with the Court within ten days of the date of this Order.
5. The Clerk of the Court is **DIRECTED** to close the case.  The Court shall retain jurisdiction for the sole purpose of enforcing this Order.  (JS-6).

**IT IS SO ORDERED.**

Dated:  March 19, 2026

_____
Honorable Jesus G. Bernal
United States District Judge

2

5:21-cv-906-JGB-SP

JUDGMENT